IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| UNITED STATES OF AMERICA, | ORDER FOR RESTITUTION |
|---|---|
| Plaintiff, | |
| | 16-cr-79-wmc |
| v. | |
| PETER DIEHL, | |
| Defendant. | |

---

On May 18, 2017, defendant was sentenced to a 120-month term of imprisonment for each of the two counts, to run consecutively, in case number 16-CR-79. At the time of the sentencing hearing, restitution was unable to be determined. At the August 22, 2017, restitution hearing, the court found by a preponderance of the evidence that $12,171.47 in restitution was due and owing, but additional information was necessary to allocate that sum the proper designees. The government subsequently provided that information without objection by defendant. Consistent with the above, the judgment of conviction is amended as follows:

As to count one of the information, IT IS ORDERED that the defendant pay restitution in the amount of $12,171.47 to the U.S. Clerk of Court for the Western District of Wisconsin to be disbursed to the victims as follows:

| | |
|---|---|
| Wisconsin Crime Victims Fund (address) | $151.79 |
| Dodge County Victim Fund | $1,009.00 |

(address)

| | |
|---|---|
| Suffolk County Victim Witness Association<br>(address) | $785.68 |
| Anthem Blue Shield<br>(address) | $3,020.73 |
| Children's Hospital of The King's Daughters | $7,204.27 |

Defendant does not have the economic resources to allow him to make full payment of restitution in the foreseeable future under any reasonable schedule of payments. Pursuant to 18 U.S.C. § 3664(f)(3)(B), he is to begin making nominal payments of a minimum of $50 each month, beginning within 30 days of this order.

Defendant shall notify the court and the Attorney General of any material change in defendant's economic circumstances that might affect defendant's ability to pay restitution.

No interest is to accrue on the unpaid portion of the restitution.

In all other respects, the judgment remains as entered on May 18, 2017.

Entered this 18th day of September, 2017.

BY THE COURT:

*/s/ William Conley*
_____
WILLIAM M. CONLEY
District Judge